IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MAURICE BURROWS,
    Plaintiff,

vs.                                    Case No.:  3:15cv11/LAC/EMT

LATONYA CROCKER, et al.,
    Defendants.
_____/

## REPORT AND RECOMMENDATION

This matter is before the court on Plaintiff's Motion to Dismiss Without Prejudice (doc. 10). Rule 41(a)(1)(A)(i) provides that a plaintiff may dismiss an action without a court order by filing a notice of dismissal at any time before the adverse party serves an answer or files a motion for summary judgment. Because none of the Defendants have yet been served in this case, let alone filed an answer, it is clear that Plaintiff is automatically entitled to a voluntary dismissal.

Accordingly, it is respectfully **RECOMMENDED**:

That Plaintiff's Motion to Dismiss Without Prejudice (doc. 10) be **GRANTED** and this case be **DISMISSED without prejudice**.

At Pensacola, Florida, this 15<u>th</u> day of April 2015.

                              */s/ Elizabeth M. Timothy*
                              **ELIZABETH M. TIMOTHY**
                              **CHIEF UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only</u>.** A copy of objections shall be served upon the magistrate judge and all other parties. Failure to object may limit the scope of appellate review of factual findings. *See* **28 U.S.C. § 636;** <u>United States v. Roberts</u>**, 858 F.2d 698, 701 (11th Cir. 1988).**